IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JUNE WARREN a/k/a JUNE ROUTZAHN,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 22-CV-3536 |
| | : | |
| **ZUN XIN LIN,** *et al.*, | : | |
| Defendants. | : | |

### ORDER

AND NOW, this 19th day of October, 2022, upon consideration of Plaintiff June Warren's Motion to Proceed In Forma Pauperis (ECF No. 1), pro se Complaint (ECF No. 2), and Motion for Appointment of Counsel (ECF No. 3), it is **ORDERED** that:

1. Leave to proceed in forma pauperis is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED** as follows:

    a. The claims against Defendants Zun Xin Lin and the Philadelphia Sheriff's Office are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction; and

    b. The claims against Defendants Duane Morris and Philadelphia Police Department, 15th District are **DISMISSED WITH PREJUDICE**.

4. Within thirty (30) days of the date of this Order, Warren may, if she chooses to do so, file an amended complaint regarding the foreclosure sale of her home. Any such complaint may not seek reversal of the foreclosure sale or any other state court ruling. In filing an amended complaint, Warren should be mindful that her claim cannot be brought in federal court unless there is a basis for federal jurisdiction.

5. The Motion for Appointment of Counsel is **DENIED**.

                                                **BY THE COURT:**

                                      */s/ Mitchell S. Goldberg*
                                      **MITCHELL S. GOLDBERG, J.**